IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANGELA HILL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:23-cv-00028-CHW |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | Social Security Appeal |
| | : | |
| Defendant. | : | |

## ORDER

The Court recently amended its order remanding the above-styled case to the Commissioner, which caused judgment to be entered on September 11, 2024. (Docs. 15, 16). Now pending before the Court is Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 17). The motion is unopposed. (*Id*.)

Plaintiff requests attorney's fees, in the amount of $6,318.17 for 25.9 hours expended in litigating this case. (Doc. 17-2). The Commissioner does not oppose Plaintiff's request, the requested hours appear to be within a reasonable range, and Plaintiff's fee calculations appear to comport with the Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011).

Plaintiff's motion (Doc. 17) is **GRANTED**. It is hereby **ORDERED** that Plaintiff is awarded **$6,318.17** in attorney's fees under the EAJA. The fee award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

**SO ORDERED**, this 11th day of October, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge