IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGELA J HILL, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00028-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed October 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees under the EAJA in the amount of $6318.17

This 15th day of October, 2024.

David W. Bunt, Clerk

s/  Erin Pettigrew, Deputy Clerk